United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara M Nichols  
       Debtor

Case No. 18-16748-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jul 02, 2019  
                          Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14228497       E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 03:14:11     OneMain Financial,    PO BOX 3251,  
         EVANSVILLE, IN 47731-3251  
                                                                                                                                                                   TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:  
        ALBERT J. SCARAFONE, JR.   on behalf of Debtor Barbara M Nichols scarafone@comcast.net,  
         ascarafone@gmail.com;r39418@notify.bestcase.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor   Cheltenham School District and Township of  
         Cheltenham jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        KEVIN M. BUTTERY   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Champion Mortgage  
         Company kbuttery@rascrane.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                                                        TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16748-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Barbara M Nichols
1937 Fawn Drive
Glenside PA 19038-7229

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/02/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/04/19

Tim McGrath
**CLERK OF THE COURT**