# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16748-ELF

BARBARA M NICHOLS

1937 FAWN DRIVE

GLENSIDE, PA 19038-7229

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BARBARA M NICHOLS

    1937 FAWN DRIVE

    GLENSIDE, PA 19038-7229

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

Date: 8/27/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee