**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
BARBARA M NICHOLS

Chapter 13

Debtor

Bankruptcy No. 18-16748-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 13, 2019**

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ALBERT J SCARAFONE JR ESQUIRE  
1717 SWEDE RD  
SUITE 200  
BLUE BELL, PA 19422

Debtor:  
BARBARA M NICHOLS

1937 FAWN DRIVE

GLENSIDE, PA 19038-7229