```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                       Case No. 18-16748-elf
Barbara M Nichols                                            Chapter 13
      Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina              Page 1 of 2              Date Rcvd: Nov 13, 2019
                             Form ID: pdf900              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             Barbara M Nichols,    1937 Fawn Drive,    Glenside, PA 19038-7229
cr            +Cheltenham School District and Township of Chelten,     c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
cr            +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14265413       Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road,   Suite 200,
                Blue Bell, PA 19422-3372
14211351      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14235301       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14211352       Champion Mortgage,    PO Box 619093,    Dallas, TX 75261-9093
14271573      +Cheltenham School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14271848      +Cheltenham school District and Township of,     Cheltenham,   c/o James R. Wood, Esq.,
                2700 Horizon Drive, Suite 100,    King of Prussia PA 19406-2726
14211353      +Comenity Capital Bank /Toyota,    PO Box 182120,   Columbus, OH 43218-2120
14211355      +Jenine Davey, Esquire,    RAS Citron, LLC,    133 Gaither Drive, Suite F,
                Mount Laurel, NJ 08054-1710
14211357      +Mariner Finance,   8211 Town Center Dr,    Nottingham, MD 21236-5904
14211358      +Mariner Finance,   2141 Cottman Avenue,    Suite A,    Philadelphia, PA 19149-1122
14211359      +Nationstar Mortgage LLC,    DBA Champion Mortgage Company,    8950 Cypress Waters Boulevard,
                Coppell, TX 75019-4620
14221955      +Nationstar Mortgage LLC,    c/o Kevin Buttery, Esq.,    6409 Congress Avenue,   Suite 100,
                Boca Raton FL 33487-2853
14248154      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14211361      +Pnc Bank,   P O Box 3180,    Pittsburgh, PA 15230-3180
14211363     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     P.O. Box 5855,
                Carol Stream, IL 60197)
14271570      +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14233492      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14321381      +Toyota Motor Credit Corporation,     c/o Rebecca A. Solarz, Esq.,   701 Market Street, Suite 5000,
                Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:52     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:24
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:38       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:33
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:14     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14211354       E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 03:48:17       Credit One Bank,
                PO Box 98872,   Las Vegas, NV 89193-8872
14211356      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 03:48:19       LVNV Funding LLC,
                c/o Resurgent Capital Services, LP,    PO Box 10466,   Greenville, SC 29603-0466
14223123       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 03:48:37
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14228497       E-mail/PDF: cbp@onemainfinancial.com Nov 14 2019 03:48:32     OneMain Financial,    PO BOX 3251,
                EVANSVILLE, IN 47731-3251
14211360      +E-mail/PDF: cbp@onemainfinancial.com Nov 14 2019 03:48:16     Onemain,    PO Box 1010,
                Evansville, IN 47706-1010
14351844       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:50
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14211809      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:16
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14220559       E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2019 03:40:11
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA 98083-0788
14244486       E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2019 03:40:10
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
14211362      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:15     Syncb / Car Care Pep Boys,
                C/o PO Box 965001,   Orlando, FL 32896-0001
                                                                                              TOTAL: 15
```

```
District/off: 0313-2          User: Christina            Page 2 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Barbara M Nichols scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Cheltenham School District and Township of
               Cheltenham jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> BARBARA M NICHOLS | Chapter 13 |
| Debtor | Bankruptcy No. 18-16748-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
BARBARA M NICHOLS

1937 FAWN DRIVE

GLENSIDE, PA 19038-7229